1004

THE STATE OF WASHINGTON, *Respondent*, v.
HALFRED T. CATER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03133-5, Liem E. Tuai, J., entered December 2, 1991. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS R.
QUINONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-02504-1, Liem E. Tuai, J., entered January 30, 1990. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
HENRY DUKES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-07363-1, Richard M. Ishikawa, J., entered May 4, 1992. *Reversed* by unpublished per curiam opinion.

*In the Matter of the Personal Restraint of*
TIMOTHY BOCKMAN,
*Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.